UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES SKINNER | CIVIL ACTION |
| VERSUS | |
| DARREL VANNOY | NO. 25-00211-BAJ-EWD |

ORDER

Considering the Mandate Order issued by the United States Court of Appeals for the Fifth Circuit (Doc. 15) and **Petitioner's Motion To Stay And Abey Federal Habeas Proceedings (Doc. 3, the "Motion")**,

IT IS ORDERED that the **Motion (Doc. 3)** be and is hereby **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 11th day of August, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA