UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES SKINNER | CIVIL ACTION NO. |
| VERSUS | |
| DARRELL VANNOY, ET AL. | 25-211-BAJ-EWD |

### FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPONSED

**ON MOTION** of Defendant, the State of Louisiana, through the Office of the District Attorney, Twenty-First Judicial District in and for the Parish of Livingston, and the undersigned Assistant District Attorney, without waiver of any rights in the above-entitled matter, respectfully represents and requests as follows:

**AND UPON SUGGESTING** the undersigned respondent is of the belief that this party was ordered to file response by September 2, 2025. Undersigned is tasked with all appellate, post-conviction, and Habeas proceedings throughout the tri-parish area of the 21st Judicial District. Additionally undersigned is tasked with a felony docket in Division C of Livingston Parish. Additionally, counsel for Mr. Skinner is not opposed to this request. Thus, the respondent is requesting an additional thirty (30) days in which to respond to Petitioners application for a writ of habeas corpus.

**WHEREFORE,** as this is the State's first request for an extension, and no opposition to a request for an extension of time appears in the record, the defendant, the State of Louisiana, respectfully requests an additional thirty (30) days within which to file it response with such deadline being October 2, 2025.

Respectfully Submitted:

               Scott M Perrilloux
               District Attorney

               _/s Brett Sommer_____
               Brett Sommer
               Bar Roll #38117
               Assistant District Attorney
               21ST Judicial; District
               Parish of Livingston
               P.O. Box 299
               Livingston, LA 70754
               Telephone (225) 686-3070

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that in the matter of *James Skinner vs Darrell Vannoy* a copy of the foregoing <u>First Unopposed Motion for Extension of Time to Respond</u> has been sent this day, August 29, 2025 to the Petitioner's counsel of record via email.

               _____s/ Brett Sommer_____

               Brett Sommer, Louisiana Bar Roll Number:38117
               Attorney for Defendant- State of Louisiana

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES SKINNER | CIVIL ACTION NO. |
| VERSUS | |
| DARRELL VANNOY, ET AL. | 25-211-BAJ-EWD |

## **ORDER**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that the <u>First Motion for Extension of Time to Respond</u> requested by the Defendant- State of Louisiana is GRANTED and that the Defendant is allowed until October 2, 2025 to file its response with this Honorable Court.

Done and signed in Baton Rouge, Louisiana, this _____, day of _____, 2025

_____
JUDGE- UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA